# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 05-1480

_____

United States of America,               *
                                            *

              Appellee,          *
                                            *   Appeal from the United States

         v.                       *   District Court for the
                                            *   District of South Dakota.

Ernesto Lara-Valenzuela, also known   *
as Manuel Hurtado-Millan, also known  *
as Negro, also known as Mario         *   [UNPUBLISHED]
Martinez, also known as Manuel       *
Hurtado,                               *
                                            *

             Appellant.        *

_____

Submitted: January 3, 2006
Filed: January 10, 2006

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ernesto Lara-Valenzuela challenges the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute 50 or more grams of a mixture containing methamphetamine, and cocaine (amount unspecified), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846. His counsel has moved to withdraw and filed

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Lara-Valenzuela's sentence is unreasonable.

The sentence is not unreasonable. The district court gave Lara-Valenzuela a sentence within the applicable advisory Guidelines range, stated that it had considered the sentencing factors listed in 18 U.S.C. § 3553(a), and heard argument from counsel regarding Lara-Valenzuela's criminal history and drug addiction. <u>See</u> <u>United States v. Lincoln</u>, 413 F.3d 716, 717-18 (8th Cir. 2005) (Guidelines sentence based on § 3553(a) factors is presumptively reasonable), <u>cert. denied</u>, 2005 WL 3067440 (U.S. Dec. 12, 2005) (No. 05-7506).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____